1  TAD A. DEVLIN  (SBN: 190355)
   tdevlin@gordonrees.com
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA  94111
   Telephone:  (415) 986-5900
4  Facsimile:  (415) 986-8054

5

   Attorneys for Defendants
6  AETNA LIFE INSURANCE COMPANY;
   OFFICE DEPOT TEMPORARY
7  DISABILITY PLAN and OFFICE DEPOT LONG
   TERM DISABILITY PLAN
8
   CORINNE CHANDLER, ESQ. (SBN: 111423)
9  cchandler@kantorlaw.net
   BRENT DORIAN BREHM, ESQ. (SBN: 248983)
10 bbrehm@kantorlaw.net
   KANTOR & KANTOR, LLP
11 19839 Nordhoff Street
   Northridge, CA  91324
12 Telephone:  (818) 886-2525
   Facsimile:  (818) 350-6272
13
   Attorneys for Plaintiff
14 JOHN CAMPOLO

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

19  JOHN CAMPOLO,                          )  CASE NO.  C10-05634 JCS
                                           )
20               Plaintiff,                )  **STIPULATION EXTENDING TIME
                                           )  TO RESPOND TO COMPLAINT
21      v.                                 )  [USDC-ND LOCAL RULE 6-1]**
                                           )
22  AETNA LIFE INSURANCE COMPANY;          )  Complaint Filed: December 13, 2010
    OFFICE DEPOT TEMPORARY                 )
23  DISABILITY PLAN; OFFICE DEPOT LONG     )  Trial Date: None Set
    TERM DISABILITY PLAN;                  )
24                                         )
                 Defendant.                )
25

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT        CASE NO. C10-05634 JCS

1   TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

2   The parties in this action, Plaintiff John Campolo and Defendants Aetna Life Insurance
3   Company, Office Depot Temporary Disability Plan and Office Depot Long Term Disability Plan
4   (collectively referred to herein as "Defendants"), by and through their respective counsel of record,
5   hereby stipulate as follows:

6   Defendants' response to Plaintiff's Complaint is currently due on or before January 7,
7   2011.  The parties agree that Defendants' response due date is extended until January 28, 2011.
8   This date does not change any date set by the Court in this case.

9   IT IS SO STIPULATED.

Respectfully Submitted,

Dated:  December 27, 2010                    GORDON & REES LLP

By: /s/
Tad A. Devlin
Attorney for Defendants
AETNA LIFE INSURANCE
COMPANY; OFFICE DEPOT
TEMPORARY DISABILITY PLAN
and OFFICE DEPOT LONG
TERM DISABILITY PLAN

Dated:  December 27, 2010                    KANTOR & KANTOR LLP

By: /s/
Brent Dorian Brehm
Corinne Chandler
Attorneys for Plaintiff
JOHN CAMPOLO

Dated: Jan. 3, 2011

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT          CASE NO. C10-05634 JCS
- 1 -