1  TAD A. DEVLIN  (SBN: 190355)
   tdevlin@gordonrees.com
2  JOEL A. MORGAN  (SBN: 262937)
   jmorgan@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA  94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054

6  Attorneys for Defendants
   AETNA LIFE INSURANCE COMPANY;
7  OFFICE DEPOT TEMPORARY
   DISABILITY PLAN and OFFICE DEPOT LONG
8  TERM DISABILITY PLAN

9  CORINNE CHANDLER, ESQ. (SBN: 111423)
   cchandler@kantorlaw.net
10 BRENT DORIAN BREHM, ESQ. (SBN: 248983)
   bbrehm@kantorlaw.net
11 KANTOR & KANTOR, LLP
   19839 Nordhoff Street
12 Northridge, CA  91324
   Telephone:  (818) 886-2525
13 Facsimile:  (818) 350-6272

14 Attorneys for Plaintiff
   JOHN CAMPOLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN CAMPOLO, | ) | CASE NO.  C10-05634 CW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER EXTENDING DEADLINE TO HOLD THE ADR SESSION** |
| v. | ) | |
| AETNA LIFE INSURANCE COMPANY; OFFICE DEPOT TEMPORARY DISABILITY PLAN; OFFICE DEPOT LONG TERM DISABILITY PLAN; | ) | Complaint Filed: December 13, 2010<br>Trial Date: None Set |
| Defendant. | ) | |

AETNA/1067225/9730660v.1

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO HOLD THE ADR SESSION
CASE NO. C10-05634 CW

TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

The parties in this action, Plaintiff John Campolo ("Plaintiff") and Defendants Aetna Life Insurance Company, Office Depot Temporary Disability Plan and Office Depot Long Term Disability Plan (collectively referred to herein as "Defendants"), by and through their respective counsel of record, hereby jointly stipulate as follows:

WHEREAS the accompanying declaration of Tad A. Devlin, submitted herewith in support of the instant Stipulated Request, complies with the requirements of Local Rule 6-2 and sets forth the reasons and GOOD CAUSE showing for the parties' stipulation;

WHEREAS this Court ordered, per Document 21, that the parties hold their ADR session by June 4, 2011;

WHEREAS the parties and the mediator participated in a pre-mediation conference call on May 2, 2011 to discuss mutually convenient mediation dates;

WHEREAS the parties agreed on mediation on June 20, 2011;

WHEREAS extend the ADR compliance date from June 4, 2011 until June 30, 2011.

**IT IS SO AGREED AND STIPULATED.**

Respectfully Submitted,

Dated:  May 17, 2011          GORDON & REES LLP

By: */s/ Tad A. Devlin*
    Tad A. Devlin
    Joel A. Morgan
    Attorneys for Defendants
    AETNA LIFE INSURANCE
    COMPANY; OFFICE DEPOT
    TEMPORARY DISABILITY PLAN
    and OFFICE DEPOT LONG
    TERM DISABILITY PLAN

Dated:  May 17, 2011          KANTOR & KANTOR LLP

By: */s/ Brent D. Brehm*
    Brent Dorian Brehm
    Corinne Chandler
    Attorneys for Plaintiff
    JOHN CAMPOLO

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO HOLD THE ADR SESSION
CASE NO. C10-05634 CW

- 1 -

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the deadline to hold the ADR session in this case be extended to June 30, 2011.

DATED: ___ **May 19** ____, 2011

_____
The Honorable Claudia Wilken
United States District Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

cc: ADR

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO HOLD THE ADR SESSION
CASE NO. C10-05634 CW

- 2 -