UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

JOHN CAMPOLO,
    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY, et al.,
    Defendants.
_____/

No. C 10-5634 CW

**ORDER RE: ATTENDANCE**

Date:     June 20, 2011
Mediator: Bradford Huss

    IT IS HEREBY ORDERED that the request to excuse defendant Aetna Life Insurance Company's representative, Arthur Palmunen, from personal attendance at the June 20, 2011, mediation before Bradford Huss is GRANTED. Mr. Palmunen shall be available at all times to participate by telephone in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

May 23, 2011    By:    *Elizabeth D. Laporte*

Dated

    Elizabeth D. Laporte
    United States Magistrate Judge