TAD A. DEVLIN  (SBN: 190355)
tdevlin@gordonrees.com
JOEL A. MORGAN  (SBN: 262937)
jmorgan@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY;
OFFICE DEPOT TEMPORARY
DISABILITY PLAN and OFFICE DEPOT LONG
TERM DISABILITY PLAN

CORINNE CHANDLER, ESQ. (SBN: 111423)
cchandler@kantorlaw.net
BRENT DORIAN BREHM, ESQ. (SBN: 248983)
bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA  91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff
JOHN CAMPOLO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CAMPOLO, | CASE NO.  C10-05634 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE FACT DISCOVERY** |
| v. | |
| AETNA LIFE INSURANCE COMPANY; OFFICE DEPOT TEMPORARY DISABILITY PLAN; OFFICE DEPOT LONG TERM DISABILITY PLAN; | Complaint Filed: December 13, 2010 |
| | Trial Date: None Set |
| Defendant. | |

AETNA/1067225/10903263v.1

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE FACT DISCOVERY
CASE NO. C10-05634 CW

1   TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

2   The parties in this action, Plaintiff John Campolo ("Plaintiff") and Defendants Aetna Life

3   Insurance Company, Office Depot Temporary Disability Plan and Office Depot Long Term

4   Disability Plan (collectively referred to herein as "Defendants"), by and through their respective

5   counsel of record, hereby jointly stipulate as follows:

6   WHEREAS the accompanying declaration of Tad A. Devlin, submitted herewith in support

7   of the instant Stipulated Request, complies with the requirements of Local Rule 6-2 and sets forth

8   the reasons and GOOD CAUSE showing for the parties' stipulation;

9   WHEREAS this Court instructed the parties complete fact discovery by December 16,

10   2011;

11   WHEREAS Plaintiff has propounded six sets of written discovery to Defendants

12   (interrogatories and document demands to Aetna and both Office Depot Short Term and Long

13   Term Disability Plans) and Defendants objected and responded;

14   WHEREAS Plaintiff has now propounded six sets of written discovery to Defendants, set

15   two (interrogatories and document demands to Aetna and both Office Depot Short Term and Long

16   Term Disability Plans);

17   WHEREAS Defendants requested from Plaintiff a two week extension to respond to

18   Plaintiff's Second Set of Interrogatories and Requests for Production;

19   WHEREAS Plaintiff has agreed to the extension request conditioned on extending the fact

20   discovery cut off;

21   WHEREAS the parties stipulated and request this Court extend the fact discovery

22   completion deadline from December 16, 2011, until January 6, 2012.

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO COMPLETE FACT DISCOVERY
CASE NO. C10-05634 CW

- 1 -

**IT IS SO AGREED AND STIPULATED.**

                                      Respectfully Submitted,

Dated:  October 13, 2011         GORDON & REES LLP

By: */s/ Tad A. Devlin*
      Tad A. Devlin
      Joel A. Morgan
      Attorneys for Defendants
      AETNA LIFE INSURANCE
      COMPANY; OFFICE DEPOT
      TEMPORARY DISABILITY PLAN
      and OFFICE DEPOT LONG
      TERM DISABILITY PLAN

Dated:  October 13, 2011         KANTOR & KANTOR LLP

By: */s/ Brent D. Brehm*
      Brent Dorian Brehm
      Corinne Chandler
      Attorneys for Plaintiff
      JOHN CAMPOLO

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the deadline to complete fact discovery in this case be extended to _____January 6_____, 2012.

DATED: _October 18_, 2011

_____
The Honorable Claudia Wilken
United States District Judge

---

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO COMPLETE FACT DISCOVERY
CASE NO. C10-05634 CW

- 2 -

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111