1  TAD A. DEVLIN (SBN: 190355)
   tdevlin@gordonrees.com
2  JOEL A. MORGAN (SBN: 262937)
   jmorgan@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (415) 986-5900
5  Facsimile: (415) 986-8054

6  Attorneys for Defendants
   AETNA LIFE INSURANCE COMPANY;
7  OFFICE DEPOT TEMPORARY
   DISABILITY PLAN and OFFICE DEPOT LONG
8  TERM DISABILITY PLAN

9  CORINNE CHANDLER, ESQ. (SBN: 111423)
   cchandler@kantorlaw.net
10 BRENT DORIAN BREHM, ESQ. (SBN: 248983)
   bbrehm@kantorlaw.net
11 KANTOR & KANTOR, LLP
   19839 Nordhoff Street
12 Northridge, CA 91324
   Telephone: (818) 886-2525
13 Facsimile: (818) 350-6272

14 Attorneys for Plaintiff
   JOHN CAMPOLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN CAMPOLO, | CASE NO. C10-05634 CW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE FACT DISCOVERY** |
| v. | |
| AETNA LIFE INSURANCE COMPANY; OFFICE DEPOT TEMPORARY DISABILITY PLAN; OFFICE DEPOT LONG TERM DISABILITY PLAN; | Complaint Filed: December 13, 2010 |
| | Trial Date: None Set |
| Defendant. | |

1  TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

2  The parties in this action, Plaintiff John Campolo ("Plaintiff") and Defendants Aetna Life
3  Insurance Company, Office Depot Temporary Disability Plan and Office Depot Long Term
4  Disability Plan (collectively referred to herein as "Defendants"), by and through their respective
5  counsel of record, hereby jointly stipulate as follows:

6  WHEREAS the accompanying declaration of Tad A. Devlin, submitted herewith in support
7  of the instant Stipulated Request, complies with the requirements of Local Rule 6-2 and sets forth
8  the reasons and GOOD CAUSE showing for the parties' stipulation;

9  WHEREAS this Court instructed the parties complete fact discovery by December 16,
10  2011;

11  WHEREAS Plaintiff has propounded six sets of written discovery to Defendants
12  (interrogatories and document demands to Aetna and both Office Depot Short Term and Long
13  Term Disability Plans) and Defendants objected and responded;

14  WHEREAS Plaintiff has now propounded six sets of written discovery to Defendants, set
15  two (interrogatories and document demands to Aetna and both Office Depot Short Term and Long
16  Term Disability Plans);

17  WHEREAS Defendants requested from Plaintiff a two week extension to respond to
18  Plaintiff's Second Set of Interrogatories and Requests for Production;

19  WHEREAS Plaintiff has agreed to the extension request conditioned on extending the fact
20  discovery cut off;

21  WHEREAS the parties stipulated and request this Court extend the fact discovery
22  completion deadline from December 16, 2011, until January 6, 2012.

1     **IT IS SO AGREED AND STIPULATED.**

2                                             Respectfully Submitted,

3   Dated: October 13, 2011           GORDON & REES LLP

4

5                              By:  */s/ Tad A. Devlin*
                                    Tad A. Devlin
6                                     Joel A. Morgan
                                    Attorneys for Defendants
7                                     AETNA LIFE INSURANCE
                                    COMPANY; OFFICE DEPOT
8                                     TEMPORARY DISABILITY PLAN
                                    and OFFICE DEPOT LONG
9                                     TERM DISABILITY PLAN

10   Dated: October 13, 2011           KANTOR & KANTOR LLP

11

12                              By:  */s/ Brent D. Brehm*
                                    Brent Dorian Brehm
13                                     Corinne Chandler
                                    Attorneys for Plaintiff
14                                     JOHN CAMPOLO

15                                   **ORDER**

16   **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the deadline to complete

17   fact discovery in this case be extended to _____January 6_____, 2012.

18

19   DATED: _October 18_, 2011

20                                         The Honorable Claudia Wilken
                                        United States District Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111