JORDAN S. ALTURA (SBN: 209431)
jaltura@gordonrees.com
JOEL A. MORGAN (SBN: 262937)
jmorgan@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY;
OFFICE DEPOT TEMPORARY
DISABILITY PLAN and OFFICE DEPOT LONG
TERM DISABILITY PLAN

CORINNE CHANDLER, ESQ. (SBN: 111423)
cchandler@kantorlaw.net
BRENT DORIAN BREHM, ESQ. (SBN: 248983)
bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
JOHN CAMPOLO

KANTOR & KANTOR, LLP
19839 NORDHOFF ST.
NORTHRIDGE, CA 91324

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CAMPOLO,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY; OFFICE DEPOT TEMPORARY DISABILITY PLAN; OFFICE DEPOT LONG TERM DISABILITY PLAN;<br><br>Defendant. | CASE NO. C10-05634 CW (JSCx)<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING CASE MANAGEMENT DATES** |

KANTOR & KANTOR, LLP
19839 NORDHOFF ST.
NORTHRIDGE, CA 91324

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff John Campolo ("Plaintiff") and Defendants Aetna Life Insurance Company ("Aetna"), Office Depot Temporary Disability Plan, and Office Depot Long Term Disability Plan (collectively the "Office Depot Plan") ("Aetna and the Office Depot Plan are collectively referred to herein as "Defendants") by and through their respective attorneys of record, as follows:

Plaintiff served discovery on the Defendants in March and September, 2011. Plaintiff granted Defendants extensions to respond to this discovery and the parties sought an extension of the discovery cut-off from December 16, 2011 until January 6, 2012. (Docket No. 27) The Court granted that stipulation. (Docket No. 29)

Following receipt of discovery responses that Plaintiff considered to contain inappropriate objections and insufficient responses, on November 21, 2011, the parties conducted the LR 37-1 meet and confer. During this meet and confer, Defendants' counsel represented that supplemental responses curing many of Plaintiff's concerns would be provided by the end of the month. Defendants did not provide supplemental responses by the end of the month.

On November 23, 2011, the Court granted the parties stipulated protective order regarding the confidentiality of information. (Docket No. 31)

On December 7, 2011, Plaintiff filed a Motion to Compel. (Docket No. 32) That Motion, and all further discovery motions, was referred to Magistrate Judge Jacqueline Scott Corley. (Docket No. 33 & 34) On December 8, 2011, Defendants produced additional information in response to the discovery. The parties again engaged in discussions regarding Plaintiff's concerns with Defendants' supplemental responses. Defendants agreed to provide supplemental responses, but following Plaintiff's request, could not provide a date upon which those supplemental responses would be produced to Plaintiff.

On December 14, 2011, Judge Corley held a telephonic discovery conference with the parties. (Docket No. 34) Based on the parties representation that some of the sought-after discovery had been produced, and that Defendants were working to provide further supplemental responses (which Defendants represented had been delayed due to the holidays and a shortage of

staff), Judge Corley dismissed Plaintiff's Motion to Compel, without prejudice, and ordered the parties to bring any unresolved discovery matters before the Court through a joint discovery letter. (Docket No. 35)

During the telephonic discovery conference the issue of sufficient time to fully complete discovery within the currently set discovery cut-off was discussed with Judge Corley. The parties each represented their willingness to seek an extension of dates in order to work towards resolving any discovery issues prior to any cut-offs.

The parties have continued to work toward resolving Plaintiff's concerns regarding Defendants' discovery responses. To date, Defendants have not provided Plaintiff with further supplemental responses. Plaintiff has inquired when Defendants will be able to provide their supplemental responses. Defendants have indicated that they are unable to provide Plaintiff with an exact date for when supplemental responses will be provided. Defendants have indicated they are diligently working to secure documents as soon as possible. Thus, the parties jointly seek an extension of the case management dates in order to fully resolve the discovery issues in advance of the currently set trial briefing schedule.

The parties request the following continuances:

**Current Dates:**

| | |
|---|---|
| Discovery cut-off | January 6, 2012 |
| Plaintiff's opening brief | February 21, 2012 |
| Defendants' opposition/cross motion | March 12, 2012 |
| Plaintiff's reply/opposition to cross motion | April 3, 2012 |
| Defendants' reply brief | April 24, 2012 |
| Hearing on dispositive motions and further CMC | May 10, 2012 at 2:00 p.m. |

**Proposed Dates:**

| | |
|---|---|
| Discovery cut-off | February 29, 2012 |
| Plaintiff's opening brief | April 3, 2012 |
| Defendants' opposition/cross motion | April 24, 2012 |
| Plaintiff's reply/opposition to cross motion | May 15, 2012 |

KANTOR & KANTOR, LLP
19839 NORDHOFF ST.
NORTHRIDGE, CA 91324

| | |
|---|---|
| Defendants' reply brief | June 5, 2012 |
| Hearing on dispositive motions and further CMC | June 21, 2012 at 2:00 p.m. |

**SO STIPULATED.**

Respectfully submitted,

Dated: January 3, 2012

GORDON & REES LLP

By: */s/ Joel A. Morgan*
Jordan S. Altura
Joel A. Morgan
Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY; OFFICE DEPOT TEMPORARY DISABILITY PLAN and OFFICE DEPOT LONG TERM DISABILITY PLAN

Dated: January 3, 2012

KANTOR & KANTOR LLP

By: */s/ Brent Dorian Brehm*
Brent Dorian Brehm
Corinne Chandler
Attorneys for Plaintiff
JOHN CAMPOLO

KANTOR & KANTOR, LLP
19839 NORDHOFF ST.
NORTHRIDGE, CA 91324

KANTOR & KANTOR, LLP
19839 NORDHOFF ST.
NORTHRIDGE, CA 91324

**ORDER**

Good cause appearing, and pursuant to the above Joint Stipulation Re: Extending Case Management Dates, the Court modifies the Case Management Dates as follows:

**Current Dates:**

| | |
|---|---|
| Discovery cut-off | January 6, 2012 |
| Plaintiff's opening brief | February 21, 2012 |
| Defendants' opposition/cross motion | March 12, 2012 |
| Plaintiff's reply/opposition to cross motion | April 3, 2012 |
| Defendants' reply brief | April 24, 2012 |
| Hearing on dispositive motions and further CMC | May 10, 2012 at 2:00 p.m. |

**New Dates:**

| | |
|---|---|
| Discovery cut-off | February 29, 2012 |
| Plaintiff's opening brief | April 3, 2012 |
| Defendants' opposition/cross motion | April 24, 2012 |
| Plaintiff's reply/opposition to cross motion | May 15, 2012 |
| Defendants' reply brief | June 5, 2012 |
| Hearing on dispositive motions and further CMC | June 21, 2012 at 2:00 p.m. |

**IT IS SO ORDERED**

DATED: January 4, 2012

The Honorable Claudia Wilken
United States District Judge