1  Corinne Chandler (State Bar No. 111423)
     Email: gkantor@kantorlaw.net
2  Brent Dorian Brehm (State Bar No. 248983)
     Email: bbrehm@kantorlaw.net
3  KANTOR & KANTOR LLP
   19839 Nordhoff Street
4  Northridge, California 91324
   (818) 886 2525 (Tel)
5  (818) 350 6272 (Fax)

6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 JOHN CAMPOLO,                        )   Case No.: CV 10-05634 CW (JSCx)
                                         )
12                    Plaintiff,         )   **ADMINISTRATIVE MOTION TO**
                                         )   **EXCEED OTHERWISE APPLICABLE**
13           v.                          )   **PAGE LIMITATIONS AND [PROPOSED]**
                                         )   **ORDER**
14 AETNA LIFE INSURANCE COMPANY;         )
   OFFICE DEPOT TEMPORARY               )
15 DISABILITY PLAN; OFFICE DEPOT LONG    )
   TERM DISABILITY PLAN,                )
16                                       )
                     Defendant.          )
17 _____ )

18

19        Pursuant to Local Rule 7-11, Local Rule 7-12, and the instant stipulation, plaintiff, John

20 Campolo, and defendants, Aetna Life Insurance Company, Office Depot Temporary Disability

21 Plan, and Office Depot Long Term Disability Plan, hereby files the instant Administrative Motion

22 to Exceed Otherwise Applicable Page Limitations.

23

24

25

26

27

28

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

## ADMINISTRATIVE MOTION

The instant matter is governed by ERISA and has been set for dispositive briefing prior to a dispositive hearing on June 21, 2012. The briefing has been set for four filings as follows:

Plaintiff's opening brief                                    April 3, 2012

Defendants' opposition/cross motion                          April 24, 2012

Plaintiff's reply/opposition to cross motion                 May 15, 2012

Defendants' reply brief                                      June 5, 2012

All briefs carry a 25 page limit. The parties ask the Court to permit the first two filings (Plaintiff's opening brief and Defendants' opposition/cross motion) to have a 30 page limit. Good cause exists for the additional five pages of briefing for each filing due to the fact intensive nature of the Court's *de novo* review, the volume of documents generated during Mr. Campolo's disability claims (over 2200 pages), and that no witnesses will be called – necessitating that all facts and arguments are addressed in the briefs.

**IT IS SO STIPULATED.**

Dated:  April 2, 2012                    KANTOR & KANTOR LLP

By:  */s/ Brent Dorian Brehm*
Glenn Kantor
Brent Dorian Brehm
Attorneys for John Campolo

Dated:  April 2, 2012                    GORDON & REES LLP

By:  */s/ Jordan S. Altura*
Jordan S. Altura
Joel A. Morgan
Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY;
OFFICE DEPOT TEMPORARY
DISABILITY PLAN and OFFICE DEPOT
LONG TERM DISABILITY PLAN

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

Administrative Motion to Exceed Otherwise Applicable Page Limitations and [Proposed] Order

# ~~[PROPOSED]~~ ORDER

Pursuant to the Stipulated Administrative Motion to Exceed Otherwise Applicable Page Limitations, L.Rs. 7-11 & 7-12, and for good cause showing, the Court will allow Plaintiff's opening brief and Defendants' opposition/cross motion to have a 30 page limit.

**IT IS SO ORDERED.**

Dated:    4/3/2012

The Honorable Claudia Wilken
United States District Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

Administrative Motion to Exceed Otherwise Applicable Page Limitations and ~~[Proposed]~~ Order