Corinne Chandler (State Bar No. 111423)
  Email: gkantor@kantorlaw.net
Brent Dorian Brehm (State Bar No. 248983)
  Email: bbrehm@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525 (Tel)
(818) 350 6272 (Fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CAMPOLO,<br><br>   Plaintiff,<br><br> v.<br><br>AETNA LIFE INSURANCE COMPANY;<br>OFFICE DEPOT TEMPORARY<br>DISABILITY PLAN; OFFICE DEPOT LONG<br>TERM DISABILITY PLAN,<br><br>   Defendant. | Case No.: CV 10-05634 CW (JSCx)<br><br>**ADMINISTRATIVE MOTION TO EXCEED OTHERWISE APPLICABLE PAGE LIMITATIONS AND [~~PROPOSED~~] ORDER** |

  Pursuant to Local Rule 7-11, Local Rule 7-12, and the instant stipulation, plaintiff, John Campolo, and defendants, Aetna Life Insurance Company, Office Depot Temporary Disability Plan, and Office Depot Long Term Disability Plan, hereby files the instant Administrative Motion to Exceed Otherwise Applicable Page Limitations.

**ADMINISTRATIVE MOTION**

The instant matter is governed by ERISA and has been set for dispositive briefing prior to a dispositive hearing on June 21, 2012. The briefing has been set for four filings as follows:

| | |
|---|---|
| Plaintiff's opening brief | April 3, 2012 |
| Defendants' opposition/cross motion | April 24, 2012 |
| Plaintiff's reply/opposition to cross motion | May 15, 2012 |
| Defendants' reply brief | June 5, 2012 |

All briefs carry a 25 page limit. The parties ask the Court to permit the first two filings (Plaintiff's opening brief and Defendants' opposition/cross motion) to have a 30 page limit. Good cause exists for the additional five pages of briefing for each filing due to the fact intensive nature of the Court's *de novo* review, the volume of documents generated during Mr. Campolo's disability claims (over 2200 pages), and that no witnesses will be called – necessitating that all facts and arguments are addressed in the briefs.

**IT IS SO STIPULATED.**

Dated:  April 2, 2012                                  KANTOR & KANTOR LLP


By:  /s/ *Brent Dorian Brehm*
        Glenn Kantor
        Brent Dorian Brehm
        Attorneys for John Campolo

Dated:  April 2, 2012                                  GORDON & REES LLP


By:  */s/ Jordan S. Altura*
        Jordan S. Altura
        Joel A. Morgan
        Attorneys for Defendants
        AETNA LIFE INSURANCE COMPANY;
        OFFICE DEPOT TEMPORARY
        DISABILITY PLAN and OFFICE DEPOT
        LONG TERM DISABILITY PLAN

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

## [PROPOSED] ORDER

Pursuant to the Stipulated Administrative Motion to Exceed Otherwise Applicable Page Limitations, L.Rs. 7-11 & 7-12, and for good cause showing, the Court will allow Plaintiff's opening brief and Defendants' opposition/cross motion to have a 30 page limit.

**IT IS SO ORDERED.**

Dated:  4/3/2012

_____
The Honorable Claudia Wilken
United States District Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525