1  CORINNE CHANDLER, ESQ. (SBN: 111423)
   cchandler@kantorlaw.net
2  BRENT DORIAN BREHM, ESQ. (SBN: 248983)
   bbrehm@kantorlaw.net
3  KANTOR & KANTOR LLP
   19839 Nordhoff Street
4  Northridge, California 91324
   (818) 886 2525 (Tel)
5  (818) 350 6272 (Fax)

6  Attorneys for Plaintiff
   JOHN CAMPOLO
7

8  JORDAN S. ALTURA  (SBN: 209431)
   jaltura@gordonrees.com
9  JOEL A. MORGAN  (SBN: 262937)
   jmorgan@gordonrees.com
10 GORDON & REES LLP
   275 Battery Street, Suite 2000
11 San Francisco, CA  94111
   Telephone:  (415) 986-5900
12 Facsimile:  (415) 986-8054

13 Attorneys for Defendants
   AETNA LIFE INSURANCE COMPANY;
14 OFFICE DEPOT TEMPORARY
   DISABILITY PLAN and OFFICE DEPOT LONG
15 TERM DISABILITY PLAN

16
## UNITED STATES DISTRICT COURT
17
### NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| JOHN CAMPOLO, | Case No.: C10-05634 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| AETNA LIFE INSURANCE COMPANY; OFFICE DEPOT TEMPORARY DISABILITY PLAN; OFFICE DEPOT LONG TERM DISABILITY PLAN; | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff John Campolo, and Defendants Aetna Life Insurance Company, Office Depot Temporary Disability Plan, and Office Depot Long Term Disability Plan, that this action be dismissed with prejudice, in its entirety, with each party to bear their own attorneys' fees and costs.

Dated: May 18, 2012                                       KANTOR & KANTOR LLP


By:   */s/  Corinne Chandler*
      Corinne Chandler
      Brent Dorian Brehm
      Attorneys for Plaintiff, John Campolo


Dated: May 18, 2012                                       GORDON & REES LLP


By:   */s/  Jordan S. Altura___*
      Jordan S. Altura
      Joel A. Morgan
      Attorneys for Defendants, Aetna Life Insurance Company, Office Depot Temporary Disability Plan, and Office Depot Long Term Disability Plan

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

Dated: 5/21/2012

By: _____
The Honorable Claudia Wilken
United States District Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

AETNA/1067225/1256440v.1

- 2 -
Stipulation and [Proposed] Order for Dismissal of Action with Prejudice