CORINNE CHANDLER, ESQ. (SBN: 111423)
cchandler@kantorlaw.net
BRENT DORIAN BREHM, ESQ. (SBN: 248983)
bbrehm@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525 (Tel)
(818) 350 6272 (Fax)

Attorneys for Plaintiff
JOHN CAMPOLO


JORDAN S. ALTURA  (SBN: 209431)
jaltura@gordonrees.com
JOEL A. MORGAN  (SBN: 262937)
jmorgan@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY;
OFFICE DEPOT TEMPORARY
DISABILITY PLAN and OFFICE DEPOT LONG
TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CAMPOLO, | Case No.: C10-05634 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| AETNA LIFE INSURANCE COMPANY; OFFICE DEPOT TEMPORARY DISABILITY PLAN; OFFICE DEPOT LONG TERM DISABILITY PLAN; | |
| Defendant. | |

1  IT IS HEREBY STIPULATED by and between Plaintiff John Campolo, and Defendants Aetna Life Insurance Company, Office Depot Temporary Disability Plan, and Office Depot Long Term Disability Plan, that this action be dismissed with prejudice, in its entirety, with each party to bear their own attorneys' fees and costs.

Dated: May 18, 2012   KANTOR & KANTOR LLP

By: */s/ Corinne Chandler*
Corinne Chandler
Brent Dorian Brehm
Attorneys for Plaintiff, John Campolo

Dated: May 18, 2012   GORDON & REES LLP

By: */s/ Jordan S. Altura*___
Jordan S. Altura
Joel A. Morgan
Attorneys for Defendants, Aetna Life Insurance Company, Office Depot Temporary Disability Plan, and Office Depot Long Term Disability Plan

1

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

Dated: 5/21/2012

By: _____
The Honorable Claudia Wilken
United States District Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

AETNA/1067225/12564408v.1

- 2 -

Stipulation and [Proposed] Order for Dismissal of Action with Prejudice